996 A.2d 1063

COMMONWEALTH of Pennsylvania, Respondent

v.

John LYNCH, Petitioner.

Supreme Court of Pennsylvania.

June 23, 2010.

## *ORDER*

PER CURIAM.

AND NOW, this 23rd day of June, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether Petitioner's traffic court convictions in 2007 for violations of 75 Pa.C.S. § 1543(b)(1) and other summary offenses under the Vehicle Code, based on incidents which occurred on August 31, 2004, September 6, 2004 and September 13, 2004, were barred by the two-year limitation period provided by 42 Pa.C.S. § 5553(e) at the time of the offenses at issue?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.